1  Faisal M. Zubairi (SBN 244233)
   zubairi.faisal@dorsey.com
2  Scott D. Goldsmith (SBN 259499)
   goldsmith.scott@dorsey.com
3  **DORSEY & WHITNEY LLP**
   600 Anton Boulevard, Suite 2000
4  Costa Mesa, CA 92626
   Telephone: (714) 800-1400
5  Facsimile: (714) 800-1499

6  Attorneys for Defendant
   HAPPY STATE BANK & TRUST
7  COMPANY dba GOLDSTAR
   TRUST COMPANY
8
   Brandon S. Reif (SBN 214706)
9  BReif@reiflawgroup.com
   Marc S. Ehrlich (SBN 198112)
10 MEhrlich@reiflawgroup.com
   Ohia A. Amadi (SBN 268876)
11 OAmadi@reiflawgroup.com
   **REIF LAW GROUP, P.C.**
12 10250 Constellation Blvd., Suite 100
   Los Angeles, CA 90067
13 Telephone: (310) 494-6500

14 Jon C. Furgison
   **FURGISON LAW GROUP, P.C.**
15
   Attorneys for Plaintiffs KOLETTE A. PAGE
16 and CLETUS M. PAGE, individually and on
   behalf of their individual retirement accounts
17

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOLETTE A. PAGE and CLETUS M. PAGE, individually and on behalf of their individual retirement accounts,<br><br>        Plaintiffs,<br><br>    v.<br><br>MINNESOTA LIFE INSURANCE COMPANY, a Minnesota corporation; SHURWEST HOLDING COMPANY, INC., an Arizona corporation; SHURWEST, LLC, an Arizona limited liability company, HAPPY STATE BANK AND TRUST COMPANY dba GOLDSTAR TRUST COMPANY, a Texas business entity (corporate status | Case No. 8:18-cv-01208-AG-(KESx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Assigned to the Hon. Andrew J. Guilford<br><br>Complaint filed:         July 9, 2018<br>Current response date: August 10, 2018<br>New response date:  September 10, 2018 |

1
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

unknown); FUTURE INCOME PAYMENTS, LLC, a Delaware limited liability company; CMAM, INC. dba HERITAGE FINANCIAL SERVICES, a California corporation; ALBERT ANDREW MANFRE, an individual; JEANETTE MANFRE, an individual; MATTHEW LEE BIESER, an individual; and DOES 1-10, inclusive.

Defendants.

**TO THE CLERK OF THE ABOVE ENTITLED COURT**,

Pursuant to Local Rule 8-3, Plaintiff Kolette A. Page and Cletus A. Page, individually, and on behalf of their individual retirement accounts ("Plaintiff"), on the one hand, and Defendant Happy State Bank & Trust Company dba Goldstar Trust Company. ("Defendant"), on the other hand, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed an Initial Complaint against Defendant on July 9, 2018;

WHEREAS, the original deadline for Defendant to respond to Plaintiff's Initial Complaint (whether by motion, answer or otherwise) is August 10, 2018.

WHEREAS, by entering into this stipulation Defendant is not waiving any defenses, including, but not limited to, personal jurisdiction, venue, forum non conveniens, and/or mandatory arbitration.

///
///
///

1  IT IS HEREBY AGREED AND STIPULATED, pursuant to Local Rule 8-3, that Defendant's deadline to respond to Plaintiff's Initial Complaint, whether by answer, motion or otherwise, is hereby extended by 30 days up to and including September 10, 2018.

**IT IS SO STIPULATED.**

Dated: July 31, 2018                     **DORSEY & WHITNEY LLP**

By: */s/ Faisal M. Zubairi*[1]
　　Faisal M. Zubairi
　　Scott D. Goldsmith
　　Attorneys for Defendant
　　HAPPY STATE BANK & TRUST
　　COMPANY dba GOLDSTAR
　　COMPANY.

Dated: July 31, 2018                     **REIF LAW GROUP, P.C.**

By: */s/ Brandon S. Reif*
　　Brandon S. Reif
　　Attorney for Plaintiff Kolette A. Page
　　and Cletus M. page, individually and
　　on behalf of their individual
　　retirement accounts

---

[1] Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

3
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 600 Anton Boulevard, Suite 2000, Costa Mesa, CA 92626. On July 31, 2018, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED: **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

SERVED UPON: **SEE ATTACHED SERVICE LIST**

☐ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☒ (BY CM/ECF SYSTEM) The above-referenced document was electronically filed using the Court's CM/ECF system. Pursuant to L.R. 5-3.3, upon the electronic filing of a document, a Notice of electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered as CM/ECF users. Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil Procedure for all attorneys who have consented to electronic service.

☐ (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by **LS Attorney Services LLC** to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on July 31, 2018, at Costa Mesa, California.

  /s/ Maria Santos  
Maria Santos

# SERVICE LIST

Brandon S. Reif (SBN 214706)
BReif@reiflawgroup.com
Marc S. Ehrlich (SBN 198112)
MEhrlich@reiflawgroup.com
Ohia A. Amadi (SBN 268876)
OAmadi@reiflawgroup.com
**REIF LAW GROUP, P.C.**
10250 Constellation Blvd., Suite 100
Los Angeles, CA 90067
Telephone: (310) 494-6500

Jon C. Furgison
jon@furgisonlawgroup.com
**FURGISON LAW GROUP, P.C.**
444 Longfellow Ave.
Hermosa Beach, CA 90254
Telephone: (310) 356-7812


Attorneys for Plaintiffs KOLETTE A. PAGE and CLETUS M. PAGE, individually and on behalf of their individual retirement accounts