Brandon S. Reif (SBN 214706)
Marc S. Ehrlich (SBN 198112)
Ohia A. Amadi (SBN 268876)
**REIF LAW GROUP, P.C.**
10250 Constellation Blvd., Suite 100
Los Angeles, CA 90067
Tel: 310.494.6500
Email: Docket@reiflawgroup.com; BReif@reiflawgroup.com;
          MEhrlich@reiflawgroup.com; OAmadi@reiflawgroup.com

Attorneys for Plaintiffs (Co-counsel information on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOLETTE A. PAGE and CLETUS M. PAGE, individually and on behalf of their individual retirement accounts,<br><br>Plaintiffs,<br><br>v.<br><br>MINNESOTA LIFE INSURANCE COMPANY, a Minnesota corporation; SHURWEST HOLDING COMPANY, INC., an Arizona corporation; SHURWEST, LLC, an Arizona limited liability company; HAPPY STATE BANK & TRUST COMPANY dba GOLDSTAR TRUST COMPANY, a Texas business entity (corporate status unknown); FUTURE INCOME PAYMENTS, LLC, a Delaware limited liability company; CMAM, INC. dba HERITAGE FINANCIAL SERVICES, a California corporation; ALBERT ANDREW MANFRE, an individual; JEANETTE MANFRE, an individual; MATTHEW LEE BIESER, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:18-cv-01208-AG-KES<br>[Hon. Andrew J. Guilford]<br><br>**PLAINTIFFS' REQUEST TO ENTER DEFAULT OF DEFENDANT FUTURE INCOME PAYMENTS, LLC**<br><br>Action Filed: July 9, 2018<br>Trial Date:    None |

1  Jon C. Furgison (SBN 205761)
2  **FURGISON LAW GROUP, P.C.**
   444 Longfellow Avenue
3  Hermosa Beach, CA 90254
4  Tel: 310.356.6890
   Email: jon@furgisonlawgroup.com
5
6  Attorneys for Plaintiffs

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiffs hereby request that the Clerk of the above-entitled Court enter default in this matter against defendant Future Income Payments, LLC ("FIP") on the ground that FIP has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

On August 10, 2018, Plaintiffs personally served FIP's agent for service of process. FIP was required to respond to Plaintiffs' complaint within 21 days of the August 10, 2018 service—by August 31, 2018. FIP did not respond by August 31, 2018 and, to date, has not responded.

The above stated facts are set forth in the accompanying declaration of Ohia A. Amadi, filed herewith.

**REIF LAW GROUP, P.C.**

Dated: September 18, 2018   By: *Ohia Amadi*

Brandon S. Reif
Marc S. Ehrlich
Ohia A. Amadi

Jon C. Furgison
**FURGISON LAW GROUP, P.C.**

*Attorneys for Plaintiffs*