1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DENIED
## BY ORDER OF THE COURT
9/24/18

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KOLETTE A. PAGE and CLETUS M. PAGE, individually and on behalf of their individual retirement accounts,<br><br>Plaintiffs,<br><br>v.<br><br>MINNESOTA LIFE INSURANCE COMPANY, a Minnesota corporation; SHURWEST HOLDING COMPANY, INC., an Arizona corporation; SHURWEST, LLC, an Arizona limited liability company, HAPPY STATE BANK AND TRUST COMPANY dba GOLDSTAR TRUST COMPANY, a Texas business entity (corporate status unknown); FUTURE INCOME PAYMENTS, LLC, a Delaware limited liability company; CMAM, INC. dba HERITAGE FINANCIAL SERVICES, a California corporation; ALBERT ANDREW MANFRE, an individual; JEANETTE MANFRE, an individual; MATTHEW LEE BIESER, an individual; and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 8:18-cv-01208-AG-(KESx)<br><br>**[PROPOSED] ORDER SETTING JOINT BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS RESPONDING TO THE COMPLAINT**<br><br>Assigned to the Hon. Andrew J. Guilford<br><br>Complaint filed:   July 9, 2018<br>Trial:                 None |

[PROPOSED] ORDER SETTING JOINT BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS
RESPONDING TO THE COMPLAINT

**[PROPOSED] ORDER**

Having considered the Joint Stipulation of Plaintiffs Kolette A. Page and Cletus M. Page (collectively, "Plaintiffs") and defendants Shurwest Holding Company, Inc. and Shurwest, LLC ("Shurwest"), Happy State Bank Company dba GoldStar Trust Company ("GoldStar"), Minnesota Life Insurance Co., CMAM, Inc. dba Heritage Financial Services and Albert and Jeanette Manfre (the "Heritage Defendants"), and Matthew Bieser to set a joint briefing schedule for Shurwest, GoldStar, and the Heritage Defendants (the "Moving Defendants") to file motions responding to Plaintiffs' complaint, and for good cause having been shown, the Court **GRANTS** the Stipulation and **ORDERS** that:

1.      The Moving Defendants shall file their motions no later than September 24, 2018. Plaintiffs' oppositions to the motions shall be filed no later than November 5, 2018. Replies will be due by November 19, 2018.

2.      The hearing on the Moving Defendants' motions shall be held on December 17, 2018, or as soon thereafter as the Court determines.

**IT IS SO ORDERED.**

DATED:   9/24  , 2018          By: _____

**DENIED**

BY ORDER OF THE COURT

Hon. Andrew J. Guilford
United States District Judge

2

[PROPOSED] ORDER SETTING JOINT BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS
RESPONDING TO THE COMPLAINT