Brandon S. Reif (SBN 214706)
Marc S. Ehrlich (SBN 198112)
**REIF LAW GROUP, P.C.**
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 494-6500
Email: docket@reiflawgroup.com

Jon C. Furgison (SBN 205761)
**FURGISON LAW GROUP, P.C.**
445 31ST Street
Hermosa Beach, CA 90254
Tel: (310) 356-6890
jon@furgisonlawgroup.com

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOLETTE A. PAGE and CLETUS M. PAGE, individually and on behalf of their individual retirement accounts,<br><br>Plaintiffs,<br><br>v.<br><br>MINNESOTA LIFE INSURANCE COMPANY, a Minnesota corporation, et al.<br><br>Defendants. | Case No. 8:18-cv-01208-SSS-KESx<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR WANT OF SUBJECT MATTER JURISDICTION**<br><br>Action Filed: July 9, 2018<br>Trial Date: TBD |

1    GOOD CAUSE THEREFORE HAVING BEEN SHOWN based upon the
2 Stipulation by and between the parties in this action, and the filing of Plaintiffs' Third
3 Amended Complaint, the Court no longer has subject matter jurisdiction under 28 U.S.C.
4 §1331. There is also no complete diversity under 28 U.S.C. §1332 because parties on both
5 side of the case reside in the State of California. Finding that subject matter jurisdiction
6 does not exist under 28 U.S.C. §1131 or §1332, the Court declines to exercise supplemental
7 jurisdiction over the state law claims and dismiss, without prejudice, this action. Pursuant
8 to 28 U.S.C. §1367(d), the state law claims Plaintiffs previously asserted in their original
9 Complaint are tolled for purposes of the statute of limitations as of the date of that filing,
10 July 9, 2018, and Plaintiffs shall have thirty (30) calendar days to file in state court, if they
11 so choose.

13    IT IS SO ORDERED.

15 DATED: August 8, 2022

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATED DISTRICT JUDGE